YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Maurice Williamson II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE WILLIAMSON II;<br><br>    Defendant. | Case No. 2:21-cr-00129-APG-EJY<br><br>**STIPULATION TO SEAL**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Maurice Williamson II, that Mr. Williamson's sentencing memorandum and its accompanying exhibits be filed under seal.

    The Stipulation is entered into for the following reasons:

    1.    "[T]he need to protect medical privacy qualifies as a 'compelling reason' for sealing records."  Williams v. Mark, 2019 WL 5102470, No. 3:17-cv-335-MMD-WGC (D. Nev. Oct. 11, 2019).

    2.    Mr. Williamson's sentencing memorandum exhibits are Mr. Willamson's medical records from his hospitalization at Sunrise Hospital.

    3.    Mr. Williamson's sentencing memorandum quotes liberally from these medical records.

4.    Because Mr. Williamson's sentencing memorandum repeatedly highlights sensitive portions of his medical records, both the memorandum and the exhibits should be sealed.

This is the first stipulation to continue filed herein.

DATED: January 13, 2023.

By */s/ Yi Lin Zheng*
Yi Lin Zheng
Counsel for Maurice Williamson II

JASON FRIERSON
United States Attorney

By */s/ Joshua Brister*

Joshua Brister
Assistant United States Attorney

IT IS SO ORDERED:

Dated: January 17, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2