YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: VegasGoldenLaw@gmail.com
Attorney for Defendant- Maurice Williamson II

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE WILLIAMSON II,<br><br>　　　　Defendant. | Case No. 21-cr-129-APG-EJY<br><br>**ORDER FOR FAMILY/ATTORNEY VISITATION** |

　　　　Yi Lin Zheng, counsel for defendant Maurice Williamson II, submits this order for family visitation, pursuant to the court's finding of facts and order at the time of Defendant's sentencing on January 23, 2023.

　　　　**IT IS HEREBY ORDERED** that given Defendant's medical condition an order allowing family visitation for Maurice Williamson II at whichever Las Vegas hospital and/or medical facility that Mr. Williamson is currently located is granted.

　　　　**IT IS FURTHER ORDERED** that visitations will be permitted with prior approval of the United States Marshals Service ("USMS") and in accordance with the hospital and/or medical facility's visitation schedule and not to interfere with Mr. Williamson's medical/rehabilitation treatment schedule; and

　　　　**IT IS FURTHER ORDERED** that the following individuals shall be granted visitations:

1. Tamara Wilkerson;

2. Maurice Williamson; and

3. Dan Winder, Esq.

DATED: January 25, 2023.

Respectfully submitted,<br>
Yi Lin Zheng<br>
Vegas Golden Law

By: */s/ Yi Lin Zheng*
Yi Lin Zheng
Vegas Golden Law
Attorney for Maurice Williamson II

IT IS SO ORDERED:

Dated: January 26, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2